# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DIAMOND CHRISTOPHER WILLIAMS,

              Plaintiff(s)

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRAVIS CREDIT UNION,

              Defendant(s)

CASE No C  4:25-cv-10939-YGR

## STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  November 20, 2026

Date: March 10, 2026

/s/ Andrew J. Gramajo
_____
  Attorney for Plaintiff

Date: March 10, 2026

/s/ Zoe M. MacDonald
_____
  Attorney for Defendant Experian Information Solutions, Inc.

Date: March 10, 2026

/s/ Paul A. Grammatico
Attorney for Defendant Travis Credit Union
_____

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: April 23, 2026

_____
U.S. MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*