UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIAMOND CHRISTOPHER WILLIAMS,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

Defendants.

Case No.  25-cv-10939-LJC

**CASE MANAGEMENT SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Deadline to join parties and amend pleadings:[1] | May 29, 2026 |
| Joint case management statement: | October 22, 202 |
| Further case management conference: | October 29, 2026 |
| Fact discovery cut-off: | November 13, 2026 |
| Opening expert reports and disclosures: | December 18, 2026 |
| Rebuttal expert reports and disclosures: | January 22, 2027 |
| Expert discovery cut-off: | February 26, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | March 30, 2027 |
| Hearing on dispositive motions and *Daubert* motions: | May 4, 2027 at 10:30 am |
| Pretrial conference:[2] | August 6, 2027, 1:30 PM |

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

Jury trial:                                                      August 16, 2027

                                                                (3 days)

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2