# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIAMOND CHRISTOPHER WILLIAMS,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRAVIS CREDIT UNION,

       Defendants.

**Case No.:** 3:25-cv-10939-LJC

Judge Lisa J. Cisneros

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only.

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY
CASE NO. 4:25-CV-10939-YGR

1

**IT IS SO ORDERED.**

Dated: July 6, 2026

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC. ONLY
CASE NO. 4:25-CV-10939-YGR

2