**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIAMOND CHRISTOPHER WILLIAMS,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRAVIS CREDIT UNION,<br><br>Defendants. | **Case No.:** 3:25-cv-10939-LJC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRAVIS CREDIT UNION ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Travis Credit Union only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Travis Credit Union only.

**IT IS SO ORDERED.**

Dated: October 30, 2026

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE